IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MORRIS DEVON SMITH, | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| v. | § | Case No. 3:18-cv-01684-K |
| CITY OF DALLAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 18, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (ECF No. 52) is GRANTED.

**SO ORDERED.**

**Signed August 6th, 2019.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE